Decided April 17, 2003

ALFRED C. BRIGGS, JR., ET AL. *v.* GEORGE P. BRIGGS

The defendant's petition for certification for appeal from the Appellate Court, 75 Conn. App. 386 (AC 21890), is denied.

*Allan F. Friedman,* in support of the petition.

*Michael J. Leventhal,* in opposition.

Decided April 17, 2003